## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> AES Thames, L.L.C., <br><br><br> Debtor. | Chapter 7 <br><br> Case No. 11-10334 (KJC) |
| Charles M. Forman, <br> Chapter 7 Trustee, <br><br>         Plaintiff, <br><br> vs. <br><br> CSX Transportation, Inc., <br> Yankee Gas, <br> Alstom Power, Inc., <br> BCE Parts LTD., <br> BlackBurn Janitorial LLC, <br> CEM Services, Inc., <br> ChemTreat, Inc. <br> Connecticut Valley Rubber, Inc., <br> Energy Link, Inc., <br> George Gurnee, <br> Headwaters Resources, Inc., <br> Hubbard-Hall, Inc. <br> Independent Elevator Co. LLC, <br> International Coal Group, Inc. *et al.*, <br> Kleinschmidt Associates, <br> Mark Boucher, <br> McCarthy Heating Oil Service, Inc., <br> Moran Towing Corp., <br> P&H Construction Co., Inc., <br> P&M Brick LLC, <br> Robert Price, <br> Scott Miller <br> SGS North America, Inc. <br><br>         Defendants. | Adversary Proceeding Nos. <br><br><br><br> 13-50301 (KJC) <br> 13-50302 (KJC) <br> 13-50303 (KJC) <br> 13-50305 (KJC) <br> 13-50306 (KJC) <br> 13-50307 (KJC) <br> 13-50308 (KJC) <br> 13-50334 (KJC) <br> 13-50340 (KJC) <br> 13-50343 (KJC) <br> 13-50345 (KJC) <br> 13-50346 (KJC) <br> 13-50348 (KJC) <br> 13-50372 (KJC) <br> 13-50375 (KJC) <br> 13-50385 (KJC) <br> 13-50388 (KJC) <br> 13-50395 (KJC) <br> 13-50404 (KJC) <br> 13-50406 (KJC) <br> 13-50408 (KJC) <br> 13-50409 (KJC) <br> 13-50410 (KJC) |

## **STATUS REPORT**

The Plaintiff, Charles M. Forman, in his capacity as Chapter 7 Trustee of the debtor's estate AES Thames, L.L.C., hereby files the following status report:

**Status A**

Service is incomplete and the following defendant(s) have not been served:

N/A

**Status B**

Service is complete, no answer has been filed[1]:

| | |
|---|---|
| Alstom Power, Inc. | 13-50303 |
| BlackBurn Janitorial LLC | 13-50306 |
| George Gurnee | 13-50343 |
| Hubbard-Hall, Inc. | 13-50346 |
| Kleinschmidt Associates | 13-50375 |
| Mark Boucher | 13-50385 |
| McCarthy Heating Oil Service, Inc. | 13-50388 |
| Robert Price | 13-50408 |
| Scott Miller | 13-50409 |
| SGS North America, Inc. | 13-50410 |

**Status C**

These cases have been dismissed and a notice of dismissal or stipulation of dismissal has been filed in each of the following cases:

| | |
|---|---|
| P&H Construction Co., Inc. | 13-50404 |

**Status D**

The following cases have settled and payment is pending and/or received:

| | |
|---|---|
| Yankee Gas | 13-50302 |
| BCE Parts LTD. | 13-50305 |
| ChemTreat, Inc. | 13-50308 |
| International Coal Group, Inc. et al. | 13-50372 |

**Status E**

Service is complete, an answer has been filed, and discovery/disclosures are underway in the following cases. The Plaintiff anticipates that discovery and further litigation in these cases will proceed in accordance with the Scheduling Order by this Court.

| | |
|---|---|
| CSX Transportation, Inc. | 13-50301 |
| CEM Services, Inc., | 13-50307 |
| Connecticut Valley Rubber, Inc. | 13-50334 |

---

[1] The Chapter 7 Trustee has filed or will be filing requests for entry of default and a request for default judgment in the following matters: Alstom Power, Inc. 13-50303; BlackBurn Janitorial LLC 13-50306; and Hubbard-Hall, Inc. 13-50346.

ME1 15674525v.1

| | |
|---|---|
| Energy Link, Inc. | 13-50340 |
| Headwaters Resources, Inc. | 13-50345 |
| Independent Elevator Co. LLC | 13-50348 |
| Moran Towing Corp. | 13-50395 |
| P&M Brick LLC | 13-50406 |

### Status F

Dispositive motions have been filed and are currently pending in the following cases:

N/A

### Status G

The following defendant has filed Chapter 7 bankruptcy:

N/A

Dated: May 17, 2013　　　　　　　**McCARTER & ENGLISH, LLP**
　　　　Wilmington, DE

By: /s/ *Katharine L. Mayer*
Katharine L. Mayer (DE # 3758)
405 N. King Street, 8th Floor
Wilmington, DE 19801
Telephone (302) 984-6300
Facsimile (302) 984-6399
kmayer@mccarter.com

-and-

**FORMAN HOLT ELIADES
& YOUNGMAN LLC**
Harry M. Gutfleish, Esq.
Matteo Percontino, Esq.
80 Route 4 East, Suite 290
Paramus, NJ 07652
Telephone (201) 845-1000
Facsimile (201) 845-9112
hgutfleish@formanlaw.com
mpercontino@formanlaw.com

*Counsel to Charles M. Forman, the Chapter 7 Trustee*

-and-

ME1 15674525v.1

**CIARDI CIARDI & ASTIN**

Daniel K. Astin, Esquire
John D. McLaughlin, Jr., Esquire
919 N. Market St., Suite 700
Wilmington, DE 19801
Tel: (302) 658-1100
Fax: (302) 658-1300
dastin@ciardilaw.com

*Conflicts Counsel for the Chapter 7 Trustee*[2]

---

[2] Ciardi Ciardi & Astin represents the Chapter 7 Trustee for preference actions against Yankee Gas, Texaco, Inc. & Entergy Corporation.

ME1 15674525v.1