## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AES Thames, L.L.C.,<br><br><br>Debtor. | Chapter 7<br><br>Case No. 11-10334 (KJC) |
| Charles M. Forman,<br>Chapter 7 Trustee,<br><br>Plaintiff,<br><br>vs.<br><br><br>Energy Link, Inc.,<br>Headwaters Resources, Inc.,<br>Independent Elevator Co. LLC,<br>P&M Brick LLC,<br><br>Defendants. | Adversary Proceeding Nos.<br><br><br><br><br>13-50340 (KJC)<br>13-50345 (KJC)<br>13-50348 (KJC)<br>13-50406 (KJC) |

### SCHEDULING ORDER

To promote the efficient and expeditious disposition of adversary proceedings, the following schedule shall apply to each of the above captioned adversary proceedings.

IT IS HEREBY ORDERED that:

1. The pre-trial conference ~~shall take place on~~ *Scheduled for* **June 20, 2013** ~~at 2:30 p.m.~~ *is no longer necessary.*

2. The discovery planning conference described in Fed. R. Civ. P. 26 (f), made applicable by Fed. R. Bankr. P. 7026, shall take place no later than **June 20, 2013.**

3. The parties shall provide the initial disclosures under Fed. R. Civ. P. 26 (a)(1) no later than **July 30, 2013.** Any extension of the deadline to provide initial disclosures must be by Order of the Court and will only be granted for good cause shown.

ME1 15824892v.1

4.  All fact discovery shall be completed by **December 31, 2013**.

5.  The parties shall provide expert reports for any issue on which they bear the burden of proof, not including any report by Plaintiff on insolvency of the Debtor, by **January 30, 2014**. If the Defendant intends to provide expert testimony regarding the insolvency of the Debtor, any such expert report must be provided by **February 15, 2014**. Any expert report by Plaintiff on the insolvency of the Debtor, as well as any Parties' expert report intended to rebut any other expert report, shall be provided by **February 28, 2014**. Defendant shall provide any expert intended to rebut any report on insolvency by Plaintiff by **March 15, 2014**. All reports shall provide the information required by Fed. R. Civ. P. 26 (a)(2)(B). All expert discovery shall be completed, and discovery shall close, by **March 30, 2014**.

6.  Pursuant to the General Order Regarding Procedures in Adversary Proceedings entered by the Honorable Mary F. Walrath on April 7, 2004 and Rule 9019-5 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, no later than **December 30, 2013**, the parties shall file a Stipulation Regarding Appointment of a Mediator or a statement that the parties cannot agree on a mediator and a request that the Court select and appoint a mediator to the proceeding.

7.  Within sixty (60) days after the entry of an Order Assigning the Adversary Proceeding to Mediation, the mediator shall either (a) file the mediator's certificate of completion, or (b) if the mediation is not concluded, file a status report that provides the projected schedule for completion of the mediation.

8.  All dispositive motions shall be filed and served by **April 30, 2014**, an shall be subject to Rule 7.12 of the Local Rules of Civil Practice and Procedure of the United States District Court of the District of Delaware.

9. The parties shall comply with the General Order Governing Pre-Trial Procedures in Adversary Proceedings Set for Trial Before Judge Peter J. Walsh. The parties shall file, no later than three (3) business days prior to the earlier of date set for (i) pre-trial conference (if one is scheduled) or (ii) trial, their Joint Pre-Trial Memorandum approved by all counsel and shall contemporaneously deliver two (2) copies thereof to Judge Walsh's chambers.

10. The Order Assigning the Adversary Proceeding to mediation shall set the adversary proceeding for trial one hundred eight (180) days after the entry of the Order, or as soon thereafter as the Court's calendar permits. The Court may, in its direction, schedule a pre-trial conference in lieu of or in addition to the trial.

11. Plaintiff is permitted to compromise and settle the adversary proceedings without the need to file individual motions to approve such settlements pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure. Notwithstanding the above, Plaintiff shall immediately notify Chambers upon the settlement, dismissal or other resolution of any adversary proceeding subject to this Order and shall file with the Court appropriate evidence of such resolution of any adversary proceeding subject to this Order and shall file with the Court appropriate evidence of such resolution as soon thereafter as is feasible. The Plaintiff shall file a status report sixty (60) days after the date of this scheduling order, each sixty (60) days thereafter, and thirty (30), twenty (20), and then ten (10) days prior to trial, setting out the status of each unresolved adversary proceeding subject to this Order.

12. With the exception of pre-trial and trial dates, deadlines contained in this Order may be extended by written stipulation of the parties with presentation to the Court to approve. Pre-trial and trial dates may be modified only by the court and only upon written motion for good cause shown.

13. The Plaintiff shall serve this Scheduling Order on each Defendant within five (5) business days after entry of this Order.

Dated: _____June 20_____, 2013
        Wilmington, DE

                                 THE HONORABLE KEVIN J. CAREY
                                 UNITED STATES BANKRUPTCY JUDGE