IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AES Thames, L.L.C.,<br><br>               Debtor. | Chapter 7<br>Case No. 11-10334 (KJC) |
| Charles M. Forman,<br>Chapter 7 Trustee,<br><br>               Plaintiff,<br>vs.<br><br>P&M Brick LLC,<br><br>               Defendant. | Adversary Proceeding<br>No. 13-50406 (KJC) |

## NOTICE OF SERVICE

Please take notice that on August 27, 2013, true and correct copies of **Plaintiff Charles M. Forman, the Chapter 7 Trustee's First Set of Interrogatories Directed to Defendant and First set of Request for Production of Documents Directed to Defendant** were caused to be served upon the following via Hand Delivery:

P&M Brick LLC
c/o David L. Finger, Esq.
Finger & Slanina, LLC
One Commerce Center
1201 N. Orange Street, 7th Floor
Wilmington, DE 19801

                                            **McCARTER & ENGLISH, LLP**

                                            */s/ Katharine L. Mayer*
                                            Katharine L. Mayer (DE #3758)
                                            Renaissance Centre
                                            405 N. King Street, 8th Floor
                                            Wilmington, DE  19801
                                            Telephone:  (302) 984-6300
                                            Facsimile:  (302) 984-6399
                                            kmayer@mccarter.com

-and-

**FORMAN HOLT ELIADES & YOUNGMAN LLC**
Harry M. Gutfleish, Esq.
80 Route 4 East, Suite 290
Paramus, NJ 07652
Telephone: (201) 845-1000
Fax: (201) 845-9112
hgutfleish@formanlaw.com
*Counsel to Charles M. Forman, the Chapter 7 Trustee*

Dated:   August 27, 2013

ME1 16345708v.1