## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: : | |
| : | Chapter 7 |
| AES Thames, L.L.C., : | Case No. 11-10334 (KJC) |
| : | |
| Debtor. : | |
| : | |
| Charles M. Forman, Chapter 7 Trustee, : | |
| : | |
| Plaintiff, : | |
| : | Adv. Pro. No. 13-50406 (KJC) |
| vs. : | |
| : | |
| P&M Brick LLC, : | |
| : | |
| Defendant. : | |
| : | |

## **STIPULATION REGARDING APPOINTMENT OF MEDIATOR**

This Stipulation is made by and between Charles M. Forman, the chapter 7 trustee in the above-captioned chapter 7 case and the plaintiff in this adversary proceeding (the "Trustee") and P&M Brick LLC (the "Defendant"), by and through their undersigned counsel.

WHEREAS, the Trustee commenced this adversary proceeding on or about January 18, 2013; and

WHEREAS, the Scheduling Order entered in these matters provides for the appointment of a Mediator; and

WHEREAS, the parties are in agreement as to the appointment of such Mediator.

NOW, THEREFORE, it is hereby stipulated and agreed as follows:

1. The Trustee and the Defendant hereby agree that Eric J. Haber, Esq. shall be appointed Mediator in the above-captioned adversary proceeding.

| | |
|---|---|
| Dated: December 10, 2013<br>Wilmington, Delaware | Dated: December 10, 2013<br>Wilmington, Delaware |
| **McCARTER & ENGLISH, LLP** | **FINGER & SLANINA, LLC** |
| By: */s/ Katherine L. Mayer*<br>Katharine L. Mayer (DE # 3758)<br>405 N. King Street, 8th Floor<br>Wilmington, DE 19801<br>Telephone (302) 984-6300<br>Facsimile (302) 984-6399<br>kmayer@mccarter.com | By: */s/ David L. Finger*<br>David L. Finger (DE # 2556)<br>One Commerce Center<br>1201 N. Orange Street, Suite 725<br>Wilmington, DE 19801-1155<br>Telephone (302) 573-2525<br>Facsimile (302) 573-2524<br>dfinger@delawgroup.com |
| -and- | -and- |
| **FORMAN HOLT ELIADES & YOUNGMAN LLC**<br>Harry M. Gutfleish, Esq.<br>Matteo Percontino, Esq.<br>80 Route 4 East, Suite 290<br>Paramus, NJ 07652<br>Telephone (201) 845-1000<br>Facsimile (201) 845-9112<br>hgutfleish@formanlaw.com<br>mpercontino@formanlaw.com | **NOLAN & HELLER, LLP**<br>Justin A. Heller, Esq.<br>39 North Pearl Street, 3rd Floor<br>Albany, New York 12207<br>Telephone (518) 449-3300<br>Facsimile (518) 432-3123<br>jheller@nolanandheller.com |
| *Counsel to Charles M. Forman, the Chapter 7 Trustee* | *Attorneys for Defendant, P&M Brick LLC* |