THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | Case No.: 11-10334-KJC |
| | ) | Chapter 7 |
| AES Thames, L.L.C. | ) | |
| | ) | |
| Debtor | ) | |
| | ) | |
| Charles M. Forman, Chapter 7 Trustee | ) | |
| | ) | |
| Plaintiff | ) | |
| vs. | ) | |
| | ) | Adv. Proc. No.: 13-50406-KJC |
| P&M Brick LLC | ) | |
| | ) | |
| Defendant | ) | |

**CONFLICT REVIEW PURSUANT TO LOCAL RULE OF BANKRUPTCY PROCEDURE 9019-2(e)(iii)(B)**

PLEASE TAKE NOTICE that pursuant to Local Rule of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") 9019-2(e)(iii)(B), a conflict review has been performed by the undersigned appointed mediator and there appear to be no potential conflicts or the parties have waived any potential conflict of interest in the undersigned serving as mediator. Mediation of the above-captioned adversary proceeding will be scheduled and proceed in accordance with the Local Rules.

Date: December 23, 2013

s/Eric J. Haber
Eric J. Haber
Mediator
Cooley LLP
1114 Avenue of the Americas
New York, NY 10036
212-479-6144

2095978 v1/NY