**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>AES Thames, L.L.C.,<br><br>                        Debtor. | Chapter 7<br><br>Case No. 11-10334 (KJC) |
| Charles M. Forman,<br>Chapter 7 Trustee,<br><br>                        Plaintiff,<br><br>vs.<br><br>CSX Transportation, Inc.,<br>CEM Services, Inc.,<br>Energy Link, Inc.,<br>Headwaters Resources, Inc.,<br>Independent Elevator Co. LLC,<br>McCarthy Heating Oil Service, Inc.,<br>Moran Towing Corp.,<br>P&M Brick LLC,<br><br>                        Defendants. | Adversary Proceeding Nos.<br><br><br><br>13-50301 (KJC)<br>13-50307 (KJC)<br>13-50340 (KJC)<br>13-50345 (KJC)<br>13-50348 (KJC)<br>13-50388 (KJC)<br>13-50395 (KJC)<br>13-50406 (KJC) |

**STATUS REPORT**

The Plaintiff, Charles M. Forman, in his capacity as Chapter 7 Trustee of the debtor's estate AES Thames, L.L.C., hereby files the following status report:

**Status A**

Service is incomplete and the following defendant(s) have not been served:

N/A

**Status B**

Service is complete, no answer has been filed; the deadline to file the answer is noted below for each:

N/A

**Status C**

Cases where service is complete, no answer has been filed, and motion or requests for Default Judgment are pending:

N/A

**Status D**

Cases with a Settlement Agreement pending before the Court, with docket number for approval of the Agreement.

N/A

**Status E**

Cases have been resolved/settled, but Notice/Stipulation of Dismissal cannot be filed yet.

Headwaters Resources, Inc.         13-50345
McCarthy Heating Oil Service, Inc.  13-50388


**Status F**

Service is complete, an answer has been filed, and discovery/disclosures are underway in the following cases. The Plaintiff anticipates that discovery and further litigation in these cases will proceed in accordance with the Scheduling Order entered by this Court:

N/A

**Status G**

Cases where a Mediator has been selected or appointed:

CSX Transportation, Inc.           13-50301
CEM Services, Inc.,                13-50307
Energy Link, Inc.                  13-50340
Independent Elevator Co. LLC       13-50348
Moran Towing Corp.                 13-50395
P&M Brick LLC                      13-50406

**Status H**

Cases ready for trial:

N/A

**Status I**

Cases with dispositive motions pending and the dates for completion of briefing:

N/A

**Status J**

Cases where defendant has filed for bankruptcy:

N/A

**Status K**

Cases where an Appeal is pending:

N/A

|  |  |
|---|---|
| Dated: January 28, 2014<br>Wilmington, DE | **McCARTER & ENGLISH, LLP**<br><br>By: /s/ *Katharine L. Mayer*<br>Katharine L. Mayer (DE # 3758)<br>405 N. King Street, 8th Floor<br>Wilmington, DE 19801<br>Telephone (302) 984-6300<br>Facsimile (302) 984-6399<br>kmayer@mccarter.com<br><br>-and-<br><br>**FORMAN HOLT ELIADES**<br>**& YOUNGMAN LLC**<br>Harry M. Gutfleish, Esq.<br>Matteo Percontino, Esq.<br>80 Route 4 East, Suite 290<br>Paramus, NJ 07652<br>Telephone (201) 845-1000<br>Facsimile (201) 845-9112<br>hgutfleish@formanlaw.com<br>mpercontino@formanlaw.com<br><br>*Counsel to Charles M. Forman, the Chapter 7 Trustee*<br><br>-and- |

**CIARDI CIARDI & ASTIN**

Daniel K. Astin, Esquire
Joseph J. McMahon, Jr., Esquire
919 N. Market St., Suite 700
Wilmington, DE 19801
Tel: (302) 658-1100
Fax: (302) 658-1300
jmcmahon@ciardilaw.com

*Conflicts Counsel for the Chapter 7 Trustee[1]*

---

[1] Ciardi Ciardi & Astin represents the Chapter 7 Trustee with respect to the preference action against CSX Transportation, Inc. .

ME1 17036130v.1