UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AES THAMES, L.L.C.,<br><br>Debtor. | Chapter 7<br><br>Case No. 11-10334 (KJC) |
| CHARLES M. FORMAN,<br>Chapter 7 Trustee,<br><br>Plaintiff,<br><br>v.<br><br>P&M BRICK LLC,<br><br>Defendant. | Adversary Proceeding No.:<br>13-50406 (KJC) |

## MOTION AND ORDER FOR ADMISSIONS PRO HAC VICE

David L. Finger, a member of the bar of this Court, pursuant to Local Rules 83.5 and 9010-1(b) and the attached certification, moves the admissions *pro hac vice* of Francis J. Brennan of the law firm Nolan & Heller, LLP to represent the defendant in the above-captioned adversary proceeding. The applicant is admitted, practicing, and in good standing in the jurisdictions indicated on the attached certification.

Respectfully submitted,

/s/ David L. Finger_____
David L. Finger (DE Bar ID #2556)
Finger & Slanina, LLC
One Commerce Center
1201 N. Orange Street, 7th floor
Wilmington, DE 19801-1186
(302) 573-2525
Attorney for plaintiffs

Dated: March 27, 2014

## ORDER GRANTING MOTION

**IT IS HEREBY ORDERED** that counsel's motion for admissions *pro hac vice* is **GRANTED.**

_____
J.

Dated: _____, 2015

**CERTIFICATE OF SERVICE**

I, David L. Finger, hereby certify that on this 27th day of March, 2014, the foregoing document was served via first class mail, postage prepaid, on the below listed counsel of record:

Katharine L. Mayer, Esq.
McCarter & English, LLP
P.O. Box 111
Wilmington, DE  19899

  /s/ David L. Finger
David L. Finger (DE Bar ID #2556)
Finger & Slanina, LLC
One Commerce Center
1201 N. Orange Street, 7th floor
Wilmington, DE 19801-1186
(302) 573-2525