UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AES THAMES, L.L.C.,<br><br>Debtor. | Chapter 7<br><br>Case No. 11-10334 (KJC) |
| CHARLES M. FORMAN,<br>Chapter 7 Trustee,<br><br>Plaintiff,<br><br>v.<br><br>P&M BRICK LLC,<br><br>Defendant. | Adversary Proceeding No.:<br>13-50406 (KJC) |

### ORDER GRANTING MOTION OF DEFENDANT P&M BRICK LLC PURSUANT TO FED.R.CIV. PROC. 15(a)(2) AND FED.R. BANKR. PROC. 7015 FOR LEAVE TO AMEND ANSWER TO COMPLAINT

**UPON** the Motion of Defendant P&M Brick LLC ("Defendant"), by and through its attorneys, Nolan & Heller, LLP, hereby moves, pursuant to Rule 15(a) of the Federal Rules of Civil Procedure ("Fed.R.Civ.P.") and Rule 7015 of the Federal Rules of Bankruptcy Procedure ("Fed.R.Bankr.P."), to file an Amended Answer, in order to assert an additional affirmative defense against Plaintiff's claims in the above-captioned adversary complaint that it acted as a mere conduit with respect to any alleged payments received from AES Thames, L.L.C. ("Debtor"), was not the initial transferee of the alleged preferential transfers made by the Debtor, and, therefore, it is not liable to the Plaintiff pursuant to 11 U.S.C. §550(a)(1)(a), and

**UPON** the Court having considered all papers filed with respect to the Motion, and after

due deliberation, it is hereby

**ORDERED,** that the Motion is hereby granted and Defendant is hereby granted leave to file its amended answer to the Complaint pursuant to Fed.R.Civ.P. 15(a) and Fed.R.Bankr.P. 7015; and it is further

**ORDERED,** that Defendant shall file and serve its amended answer to the Complaint within __7__ days of the entry of the within order.

_____  5-1-14
The Hon. Kevin J. Carey