# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : |
| | : Chapter 7 |
| AES Thames, L.L.C., | : Case No. 11-10334 (KJC) |
| | : |
| Debtor. | : |
| | : |
| Charles M. Forman, Chapter 7 Trustee, | : |
| | : |
| Plaintiff, | : |
| | : Adv. Pro. No. 13-50406 (KJC) |
| vs. | : |
| | : |
| P&M Brick LLC, | : |
| | : |
| Defendant. | : |

## NOTICE OF SERVICE OF SUBPOENAS

PLEASE TAKE NOTICE that on May 28, 2014, Plaintiff Charles M. Forman, Chapter 7 Trustee to AES Thames, L.L.C. served Defendant's Counsel via electronic mail with copies of the below listed Subpoenas:

- Subpoena in a Case under the Bankruptcy Code Directed Towards Specialty Minerals, Inc.;

- Subpoena in a Case under the Bankruptcy Code Directed Towards Eastern Barge Services, Inc.;

- Subpoena in a Case under the Bankruptcy Code Directed Towards Mohawk Northeast, Inc.; and

- Subpoena in a Case under the Bankruptcy Code Directed Towards Carver Sand & Gravel, LLC.

ME1 18614478v.1

Dated: July 30, 2014
Wilmington, DE

**McCARTER & ENGLISH, LLP**

By: /s/ *Katharine L. Mayer*
Katharine L. Mayer (DE # 3758)
405 N. King Street, 8th Floor
Wilmington, DE 19801
Telephone (302) 984-6300
Facsimile (302) 984-6399
kmayer@mccarter.com

-and-

**FORMAN HOLT ELIADES
& YOUNGMAN LLC**
Harry M. Gutfleish, Esq.
Matteo Percontino, Esq.
80 Route 4 East, Suite 290
Paramus, NJ 07652
Telephone (201) 845-1000
Facsimile (201) 845-9112
hgutfleish@formanlaw.com
mpercontino@formanlaw.com

*Counsel to Charles M. Forman, the Chapter 7 Trustee*