## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 7 |
| AES Thames, L.L.C., | : | |
| | : | Case No. 11-10334 (KJC) |
| Debtor. | : | |
| | : | |
| Charles M. Forman, Chapter 7 Trustee, | : | |
| | : | Adv. Proc. No. 13-50406 (KJC) |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| P&M Brick LLC, | : | |
| | : | |
| Defendant. | : | |
| | : | |
| Charles M. Forman, Chapter 7 Trustee, | : | |
| | : | Adv. Proc. No. 13-50395 (KJC) |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| Moran Towing Corp., | : | |
| | : | |
| Defendant. | : | |

### NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Forman Holt Eliades & Youngman LLC, attorneys for Charles M. Forman, chapter 7 trustee for the above-captioned debtor, hereby enters its appearance pursuant to Federal Rule of Bankruptcy Procedure 9010(b) and demands that all notices and all papers served or required to be served in the Debtor's chapter 7 case and related adversary proceedings be served upon the following:

> Erin J. Kennedy, Esq.
> Forman Holt Eliades & Youngman LLC
> 80 Route 4 East, Suite 290
> Paramus, New Jersey 07652
> Telephone:  (201) 845-1000
> Fax:  (201) 845-9112
> E-mail: ekennedy@formanlaw.com

00503990 - 1

**PLEASE TAKE FURTHER NOTICE** that this request for notice includes all notices and papers referred to in Federal Rule of Bankruptcy Procedure 2002 and also includes, without limitation, notices of all orders, pleadings, motions, applications, demands, hearings, complaints, answers or reply papers, memoranda and briefs in support of any of the above, and all other documents filed or served in the above-captioned chapter 7 case and related adversary proceedings.

                                        FORMAN HOLT ELIADES & YOUNGMAN LLC
                                        Attorneys for Charles M. Forman, Trustee


                                        By: */s/ Erin J. Kennedy*
                                              Erin J. Kennedy

Dated: August 19, 2015